Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
Tera J. Peterson, #12204
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com
tera@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| J.Y., and D.Y.,<br><br>　　　　Plaintiffs,<br>vs.<br><br>ANTHEM BLUECROSS LIFE and HEALTH INSURANCE COMPANY, and the LEIDOS BC PPO HSA PLANN for NON-CALIFORNIA RESIDENTS,<br><br>　　　　Defendants. | STIPULATED MOTION TO DISMISS<br><br><br>Case No. 4:21-cv-00053 – DN - PK<br><br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

　　　　The parties, through their undersigned counsel, stipulate and move the Court to dismiss the above captioned matter with prejudice. Each party is to bear its own fees and costs.

　　　　Dated this 17th day of June, 2022.　　　　Dated this 17th day of June, 2022.

　　　　/s/ Brian S. King　　　　　　　　　　　　/s/ Tim Houpt *(with permission)*
　　　　Attorney for Plaintiff　　　　　　　　　　Attorney for Defendants

CERTIFICATION OF SERVICE

  I hereby certify that a true and correct copy of the foregoing documenthas been served to all parties registered to receive court notices via the CM/ECF system in the above captioned matter.

  Dated this 17th day of June, 2022.

                /s/ Brian S. King